UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STACY BAILEY                        JURY TRIAL DEMANDED

v.                                          CASE NO.  3:11 cv

TITAN GROUP LLC
DOUGLAS SPACHER

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § l692, the Connecticut Creditor's Collection Practices Act, and the Connecticut Unfair Trade Practices Act.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Each Defendant is a debt collector within the FDCPA.

6. Defendant Spacher is the manager of Titan Group and is responsible for establishing, reviewing, and overseeing its collection tactics.

7. Defendants have an office at 513 Orient St, Medina NY 14103-1630 which was not licensed in compliance with chapter 669 Part XII of the Connecticut General Statutes when communicating concerning plaintiff's alleged personal debt.

8. The agent for service of Titan Group LLC is David Casterline, 111 North Sepulveda Blvd # 250, Manhattan Beach CA 90266.

9. Defendants deliberately called plaintiff multiple times at work after she told them she could not receive calls there.

10. Defendants deliberately and repeatedly called plaintiff after notice that she was

represented by attorney.

11. Defendants made various claims, including that there was a lawsuit, that plaintiff would need a criminal attorney, that a subpoena was being served, that plaintiff had committed fraud

12. Defendants repeatedly called family members with similar threats.

13. Defendants did not provide plaintiff with the notices required by the FDCPA, §§ 1692g or §1692e(11).

14. In the collection efforts, each defendant violated the FDCPA, § 1692b, -c, -d, -e, -f or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages as to each defendant , actual damages, and punitive damages as to each defendant not to exceed $10,000;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and such further relief as law or equity may provide.


THE PLAINTIFF

*Joanne S. Faulkner*

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
faulknerlawoffice@snet.net