UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STACY BAILEY | : |
| | : |
| | : |
| v. | : CIVIL NO. 3:11CV797(VLB) |
| | : |
| TITAN GROUP LLC | : |

## DEFAULT JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on August 10, 2011; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of plaintiff against the defendant in the amount of $16,052.69.

Dated at Hartford, Connecticut, this 15th day of March, 2012.

ROBIN TABORA, Clerk

By   /s/LL
     Loraine LaLone
     Deputy Clerk

EOD: 3/15/12